IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Dr. Brian K. Mitchell                                                                                              **Plaintiff**

v.                        Case No. 4:21-cv-917 – JM

Dr. Christina Drale,
in her official capacity as
Chancellor, University of Arkansas at Little Rock, and
in her individual capacity;

*et al*                                                                                                                  **Defendants**

## MOTION FOR LEAVE TO FILE AN AMENDED VERIFIED COMPLAINT

COMES NOW Plaintiff, Dr. Brian Mitchell, and for his Motion for Leave to File an Amended Verified Complaint, he states:

1. Since the last pleadings in this case, circumstances have changed, and an Amended Verified Complaint is now appropriate.

2. Even after this litigation was filed, and especially in spring 2022, Plaintiff has experienced further acts of discrimination and retaliation by Defendants, and he was constructively discharged from his employment at UALR. He filed an EEOC complaint and has received a Right to Sue letter on this date.

3. The Proposed Amended Verified Complaint includes recent facts and documents. It also clarifies the facts sections and exhibits generally, especially from page 34 forward. It contains other procedural, typographical, and formatting revisions.

4. The ADEA claim was removed. Defendant Velmer Burton was removed. § 1986 and Title VII Constructive Discharge claims have been added.

5. One item of note is paragraph 145, exhibit 18. Plaintiff initially pled that he did not receive a copy of this record, but upon re-examination of his files, a copy was located. This is the adverse report from Defendants to OHRP in February 2019. (Exhibit 18)

*Page 1 of 2*
*Motion for Leave to File an Amended Verified Complaint*
*Mitchell v. Drale et al*

6. The complaint is updated to reflect the status that OHRP's investigation is still underway. (page 44, Exhibit 29)

7. FRCP 15 allows parties to amend their pleadings with leave of the Court.

WHEREFORE, for the foregoing reasons, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Dr. Brian Mitchell respectfully requests that his Motion for Leave to File an Amended Verified Complaint will be granted.

Respectfully Submitted,

*/s/ Amelia Lafont*

Amelia Lafont
Law Office of A. Lafont, PLLC
P.O. Box 56102
Little Rock, AR 72215
(501) 237-0345 telephone
(501) 897-8667 facsimile
attorneylafont@gmail.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of August, 2022 a true and correct copy of the foregoing was filed with the Clerk of Court using the Court's electronic filing notification system, which shall send notification of such filing to all counsel of record:

David Curran, dcurran@uasys.edu

Mindy Pipkin, mdpipkin@ualr.edu

/s/ Amelia Lafont

*Page 2 of 2*
*Motion for Leave to File an Amended Verified Complaint*
*Mitchell v. Drale et al*