## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRIAN K. MITCHELL**                                                                 **PLAINTIFF**

**VS.**                                      **NO.   4:21CV000917**

**UNIVERSITY OF ARKANSAS**
**AT LITTLE ROCK, et al.**                                                     **DEFENDANTS**

### <u>ORDER</u>

Pending is Plaintiff's motion for leave to file an amended complaint.   (Docket # 45).

Defendants have responded and oppose the motion.   For good cause shown, the motion is

GRANTED.   Plaintiff may file his amended pleading within seven (7) days of the entry of this

order.   Because Plaintiff's amended pleading adds and removes causes of action and parties, the

motions at docket #'s 9, 42 and 44 are DENIED AS MOOT.   If Plaintiff's amended complaint

fails to cure the deficiencies found in his original pleading, Defendants may refile their motion to

dismiss addressing those issues.

IT IS SO ORDERED this 23rd day of August, 2022.

_____
James M. Moody Jr.
United States District Judge