IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Dr. Brian K. Mitchell     Plaintiff

v.     Case No. 4:21-cv-917-JM

University of Arkansas at Little Rock,
*et al*     Defendants

### PLAINTIFF'S MOTION FOR EXTENTION OF TIME

COMES NOW Plaintiff, Brian Mitchell, and for his Motion for Extension of Time, he states as follows:

1. A motion to dismiss was filed in this matter by Defendants on September 9, 2022.

2. Due to the volume of the motion and exhibits, and its dispositive nature, Plaintiff requests an extension of time until October 10, 2022, to file his response and brief in opposition to Defendants' motion to dismiss.

3. Defendants do not object to the requested extension.

4. Undersigned counsel vows that this request is made in good faith for these reasons.

WHEREFORE, Plaintiff prays this Honorable Court will grant his request for an extension of time until October 10, 2022, to respond to Defendants' motion to dismiss, and for all other appropriate relief.

Respectfully submitted,

*[signature]*

Amelia Lafont
*Attorney for the Plaintiff*
AR Bar No. 2015223
Law Office of A. Lafont, PLLC
PO Box 56102, Little Rock, AR 72215

501.237.0345 phone / 501.897.8667 fax  
attorneylafont@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served upon all Defendants c/o Attorneys David Curran and Mindy Pipkin on this 23rd day of September, 2022, via the ECF system's email notification.

Amelia Lafont