IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN K. MITCHELL**                                                                              **PLAINTIFF**

VS.                                          NO. 4:21CV000917

**CHRISTINA DRALE,**
In her individual and official capacities;
**SARA BETH ESTES,** in her individual capacity;
**JESS PORTER,** in his individual capacity; and
**BLENDA BLEVINS-KNABE,**
in her individual capacity                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 6th day of April, 2023.

_____
James M. Moody Jr
United States District Judge